**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 26-10060 (JKS) |
| Debtor. | **Related D.I.: 18, 80, 131, 133 & 134** |

## NOTICE OF PROPOSED SUCCESSFUL BIDDER & CANCELLATION OF AUCTION

1. On January 21, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On February 10, 2026, the Court entered an order [D.I. 80] (the "Bidding Procedures Order"), approving certain dates, deadlines, and procedures for the potential sale of the Debtor's assets, attached to the Bidding Procedures Order as **Exhibit 1** (the "Bidding Procedures").[2] The Bidding Procedures Order established February 27, 2026, at 4:00 p.m. (prevailing Eastern Time) as the deadline by which Bids must be submitted (the "Bid Deadline").

3. On February 20, 2026, the Debtor filed a supplement to the Bidding Procedures Motion [D.I. 131], requesting, among other things, approval of Sons of Liberty Construction, Inc. ("SOLC") as the Stalking Horse Bidder, and designation of SOLC's bid as the Stalking Horse Bid.

4. As no Qualified Bids other than the Stalking Horse Bid were received prior to the Bid Deadline, the Debtor cancelled the Auction. Under the Bidding Procedures, **the Debtor hereby provides notice that SOLC is the Successful Bidder (the "Successful Bidder").**

5. The asset purchase agreement by and among the Debtor and the Successful Bidder (the "APA") is attached hereto as **Exhibit A**.

6. A hearing to consider approval of the Successful Bid (the "Sale Hearing") will take place on **March 19, 2026, at 1:00 p.m. (prevailing Eastern Time)**, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801. At the Sale Hearing, the Debtor will present the Successful Bid to the Court for approval.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Box 1071, Tonopah, NV 89049.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Bidding Procedures Order or Bidding Procedures, as applicable.

7. The Sale Hearing may be adjourned from time to time without further notice other than by announcement in open court on the date scheduled for the Sale Hearing, on the Court's calendar, through the filing of a notice, or in the applicable hearing agenda.

8. Objections, if any, to the Sale to the Successful Bidder must be filed with the Court and served on the parties listed below so as to be **actually received by March 11, 2026, at 4:00 p.m. (ET).** All objections must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court and served on:  (i) the Debtor, 11 Gabbs Pole Line Road, Box 1071, Tonopah, NV 89049 (Attn.: Yale Scott Bogen, proposed Chief Restructuring Officer of the Debtor, at ybogen@dsiconsulting.com); (ii) counsel to the Debtor, DLA Piper LLP (US) (A) 1201 North Market Street, Suite 2100 Wilmington, Delaware 19801 (Attn.: Aaron S. Applebaum [aaron.applebaum@us.dlapiper.com]); and (B) 1251 Avenue of the Americas, New York, New York 10020 (Attn.: David M. Riley [david.riley@us.dlapiper.com]); (iii) proposed co-counsel to the Debtor, Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, New York 10001 (Attn.: Rachel Ehrlich Albanese [ralbanese@debevoise.com]); (iv) counsel to the Prepetition Lender and proposed DIP, (a) Lender, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007 (Attn.: Joel S. Rublin [jrublin@kelleydrye.com], Eric R. Wilson[ewilson@kelleydrye.com], and Nathan Greenberg [ngreenberg@kelleydrye.com]), and (b) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, Wilmington, Delaware 19801 (Attn.: R. Stephen McNeill [rmcneill@potteranderson.com]); (v) the Office of the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, Delaware 19801 (Attn.: Benjamin Hackman [Benjamin.A.Hackman@usdoj.gov]); and (vi) counsel to the Successful Bidder, Butler Snow LLP, 6075 Poplar Avenue, Suite 500, Memphis, TN 38119 (Attn.: James E. Bailey III [Jeb.Bailey@butlersnow.com], R. Campbell Hillyer [Cam.Hillyer@butlersnow.com], and Kenneth A. Primos III [Kap.Primos@butlersnow.com])  (collectively, the "Successful Bidder Notice Parties"). **Any party who fails to timely file an objection to entry of the Sale Order (i) will be forever barred from objecting thereto, (ii) will be deemed to consent to the Sale of the Assets as approved by any Sale Order, and (iii) will be deemed to "consent" for purposes of Section 363(f)(2) of the Bankruptcy Code.**

9. **The Debtor encourages parties in interest to review all related documents in their entirety.  Parties interested in receiving more information regarding the Sale and/or copies of any related document, including the Bidding Procedures Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtor**. **Copies of referenced documents, including the Bidding Procedures Motion, the Bidding Procedures Order and this notice can be found (i) at https://dm.epiq11.com/TonopahSolar (free of charge), (ii) through PACER on the Court's website, https://ecf.deb.uscourts.gov (at a fee, registration required) and (iii) on file with the Clerk of the Court, 824 N. Market Street, Wilmington, Delaware 19801.**

| | |
|---|---|
| Dated: March 2, 2026<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> */s/  Aaron S. Applebaum* <br>Aaron S. Applebaum (DE 5587)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5662<br>Facsimile: (302) 397-2462<br>Email: aaron.applebaum@us.dlapiper.com<br><br>- and -<br><br>David M. Riley (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 884-8575<br>Email: david.riley@us.dlapiper.com<br><br>*Counsel to the Debtor* |