**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 26-10060 (JKS) |
| Debtor. | **Related D.I.: 164, 165, 200, 227** |

**ORDER APPROVING AND AUTHORIZING THE SETTLEMENT**
**AGREEMENT BY AND BETWEEN THE DEBTOR AND FORMER MANAGER**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and

debtor in possession (the "Debtor") for the entry of an order approving and authorizing the

Agreement by and between the Debtor and Mark Manski, attached to this Order as **Exhibit 1**, all

as more fully described in the Motion; and upon consideration of the Motion and all filings related

thereto; and due and proper notice of the Motion having been given; and having determined that

no other or further notice of the Motion is required; and having determined that this Court has

jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated as of February 29, 2012; and having determined that this is a core proceeding under 28

U.S.C. § 157(b)(2); and having determined that venue of this proceeding and the Motion is proper

under 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that the relief

sought in this Motion is in the best interests of the Debtor's estate, its creditors, and other parties

in interest; and this Court having reviewed the Motion and having heard statements in support of

the relief requested therein at a hearing before this Court (the "Hearing"), if applicable; and this

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316).  The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Box 1071, Tonopah, NV 89049.

[2] Capitalized terms used but not otherwise defined in this Order have the meaning given to them in the Motion.

Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, as set forth in this Order.

2.      The Agreement is APPROVED.  The Debtor is authorized to enter into and perform under the Agreement, attached as **Exhibit 1**.

3.      The Debtor is authorized to take any and all actions it deems necessary to complete, effectuate, and implement the terms and provisions of the Agreement and to effectuate the relief granted herein.

4.      Notwithstanding anything contained in the Motion, this Order, or the Agreement to the contrary, all direct claims held by CMB Infrastructure Group IX, LP, CMB Infrastructure Investment Group XI, LP, and CMB Export, LLC (together, the "CMB Parties") against Mr. Manski, if any, are fully preserved and not released under the Agreement.

5.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: May 14th, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

2