## **EXHIBIT B**

### **Form of Effective Date Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 26-10060 (JKS) |
| Debtor. | (Jointly Administered) |
| | **Related D.I.: [_]** |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND
ORDER CONFIRMING AMENDED COMBINED DISCLOSURE STATEMENT
AND CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

1. **Petition Date.** On January 21, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. **Confirmation of the Plan.** On July [•], 2026 (the "Confirmation Date"), the Court entered an order [D.I. •] (the "Confirmation Order"), confirming the *Combined Disclosure Statement and Chapter 11 Plan* [D.I. 229] (as may be further amended, supplemented, or otherwise modified from time to time, the "Plan").[2]

3. **Effective Date.** On July [•], 2026, (the "Effective Date"), each of the conditions precedent to consummation of the Plan enumerated in Section 11.1 of the Plan were satisfied or waived in accordance with the Plan and the Confirmation Order, and the Effective Date of the Plan occurred.

4. **Deadline to File Administrative Claims.** In accordance with Section 2.1 of the Plan, all requests for payment of Administrative Claims must be filed with the Court and served no later than **forty-five (45) days after the Effective Date** (the "Administrative Claim Bar Date"). Unless otherwise ordered by the Court, holders of Administrative Claims that do not file and serve such Administrative Claims by the Administrative Claims Bar Date will be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtor or its property.

5. **Deadline to File Professional Fee Claims.** In accordance with Section 2.3 of the Plan, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be filed with the Court no later than **forty-five (45) days after the Effective Date**.

6. **Deadline to File Rejection Damages Claims.** In accordance with Section 9.1 of the Plan, the Debtor will reject all prepetition Executory Contracts and Unexpired Leases to which the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316).  The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Box 1071, Tonopah, NV 89049.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Plan.

Debtor is a party, unless (a) such contract or lease is expressly assumed under the Plan or was previously assumed or assumed and assigned by the Debtor, or (b) is the subject of a pending motion to reject on the Confirmation Date; *provided*, *however*, that as to all policies and agreements giving rise to insurance in favor of the Debtor or its Estate, the Debtor believes that the insurance agreements of the Debtor are not Executory Contracts or Leases and therefore are not subject to assumption or rejection; To the extent that an insurance policy or agreement is determined to be an Executory Contract or Lease subject to assumption by the Debtor, such executory insurance policy or agreement, as the case may be, is hereby assumed and assigned to, and will vest with, the Wind-Down Debtor. For the avoidance of doubt, all insurance policies and agreements of the Debtor, and all obligations of the Debtor and the other counterparties thereto, will be unaffected by the Plan and will remain enforceable according to their terms and applicable law. Entry of the Confirmation Order constituted approval of such assumptions, assumptions and assignments, and rejections of such Executory Contracts or Unexpired Leases under sections 365(a) and 1123 of the Bankruptcy Code. All management agreements with the Debtor's board of managers will be deemed terminated upon their resignations under section 7.3 of the Plan, and will thus be neither assumed nor rejected. All requests for payment based on the rejection of the Debtor's Executory Contracts or Unexpired Leases under the Plan, must be filed with the Court and served in accordance with Section 9.2 of the Plan **within thirty (30) days after the date of notice of the entry of the order of the Bankruptcy Court rejecting the Executory Contract or Lease (which may include the Confirmation Order)**.

**7. Release, Exculpation, and Injunction Provisions.** The Court has approved certain release, exculpation, injunction, and related provisions in Article VIII of the Plan. The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**8. Copies of Pleadings.** Parties interested in obtaining copies of the Plan, the Confirmation Order, and/or any other document filed in the Debtor's chapter 11 case may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Epiq Corporate Restructuring, LLC, the Debtor's claims and noticing agent, available at: https://dm.epiq11.com/case/tonopahsolar (which is free of charge); or (iv) contacting counsel for the Debtor using the contact information below.

[*Remainder of Page Intentionally Left Blank*]

Dated: __, 2026
      Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/  DRAFT
Aaron S. Applebaum (DE 5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5662
Facsimile: (302) 397-2462
Email: aaron.applebaum@us.dlapiper.com

- and -

David M. Riley (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: david.riley@us.dlapiper.com

*Counsel to the Debtor*

- and -

**DEBEVOISE & PLIMPTON LLP**
Rachel Ehrlich Albanese (admitted *pro hac vice*)
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: ralbanese@debevoise.com

*Co-Counsel to the Debtor*